UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RICHARD SEPULVEDA, | |
|---|---|
| Plaintiff, | Case No. 18-cv-07728-RS |
| v. | **STANDBY ORDER OF DISMISSAL** |
| MOHAMED ALGAZALI, et al., | |
| Defendants. | |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **May 28, 2020**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 4, 2020, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: May 15, 2020

_____
Richard Seeborg
United States District Judge