RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda, <br><br> Plaintiff, <br><br> Vs. <br><br> Mohamed Algazali, et al., <br><br> Defendants. | Case Number 18-7728 RS <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |

Plaintiff Richard Sepulveda, and defendants Mohamed Algazali and Gamal Abdo Kobaree and Amin Mosed (together, "Defendants") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for Defendants is Matthew J. Webb), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all Defendants, all parties to bear their own respective attorney fees and costs.
2. This written settlement agreement was entered into by Plaintiff and Defendants.
3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all parties.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride
Attorney for Plaintiff Richard Sepulveda                                                         6/30/2020

1

| | |
|---|---|
| 1 | Law Offices of Matthew J. Webb – By: Matthew J. Webb  /s/ Matthew J. Webb |
| 2 | Attorney for Defendants Mohamed Algazali, Gamal Abdo Kobaree and Amin Mosed    6/30/2020 |

### FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on June 30, 2020, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Matthew J. Webb, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

## ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. Algazali, et al., Case No. C-18-7728 RS, is dismissed with prejudice with respect to all parties, with each party to bear his own attorney's fees and costs.

Date: July 10, 2020

Richard Seeborg
United States District Judge